# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 24, 2023
Lyle W. Cayce
Clerk

No. 21-40803

Aaron A. Soto,

        *Plaintiff—Appellee*,

*versus*

Ulysses Bautista, *In His Individual and Official Capacities as Police Officer and as Agent of the City of McAllen*; Luis Zuniga, *In His Individual and Official Capacities as Police Officer and as Agent of the City of McAllen*,

        *Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:18-CV-151

_____

Before Smith, Clement, and Haynes, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART, REVERSED IN PART,

DISMISSED IN PART and REMANDED IN PART to the District Court for further proceedings in accordance with the opinion of this Court.

　　IT IS FURTHER ORDERED that plaintiff-appellee pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.